| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kozinski, Alex | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>06/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue<br>Suite 200<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   All Limited Partnerships | Reported in Section VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. Feb. 3-6 | Vanderbilt Univ. Law School-Lecture Fee | $1,300.00 |
| 3. March 18 | St. John's Law Review-Constitutional Law Panel | $2,000.00 |
| 4. Oct. 22 | DePaul University | $2,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Self-employed as attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chancery Club of Los Angeles | Jan. 7 | Los Angeles | Speaking Engagement | Lunch |
| 2. | Vanderbilt Univ. Law School | Feb. 3-6 | Nashville, TN | Speaking Engagement | Travel & Lodging |
| 3. | Santa Cruz County Immigration Lawyers | Feb. 26 | Santa Cruz | Speaking Engagement | Lunch |
| 4. | Federal Bar Association | March 11 | Los Angeles | Speaking Engagement | Lunch |
| 5. | St. John's Law Review | March 17-19 | Queens, NY | Speaking Engagement | Travel & Lodging |
| 6. | Federal Bar Association | March 24 | San Francisco, CA | Speaking Engagement | Lunch |

| 7. | American Academy of Appellate Layers | April 8-9 | Phoenix, AZ | Speaking Engagement | Travel & Lodging |
|---|---|---|---|---|---|
| 8. | Fordham Univ School of Law, Intellectual Propery, Media & Entertainment Law Journatl | April 23-27 | New York, NY | Speaking Engagement | Travel & Lodging for Self and Spouse |
| 9. | Univ. of Chicago Federalist Society | May 16-18 | Chicago, IL | Speaking Engagement | Travel & Lodging |
| 10. | University of Calif., Santa Barbara | May 20-21 | Santa Barbara, CA | Speaking Engagement | Travel & Lodgins |
| 11. | Los Angeles Federalist Society | June 4 | Los Angeles, CA | Speaking Engagement | Dinner |
| 12. | Association of Business Trial Lawyers | Sept. 27-28 | San Diego, CA | Speaking Engagement | Travel & Lodging |
| 13. | Los Angeles Copyright Society | Oct. 13 | Los Angeles, CA | Speaking Engagement | Dinner |
| 14. | DePaul University | Oct. 20-22 | Chicago, IL | Speaking Engagement | Travel & Lodging |
| 15. | Virgnia Law Review | Oct. 22-23 | Charlottesville, VA | Speaking Engagement | Travel & Lodging |
| 16. | Federalist Society-Univ. of Calif. Berkeley | Nov. 3 | Berkeley, CA | Speaking Engagement | Lunch |
| 17. | The Independent Institute | Dec. 9-10 | Oakland, CA | Speaking Engagement | Travel & Lodging |
| 18. | Los Angeles Association of Tax Counsel | Dec. 6 | Los Angeles, CA | Speaking Engagement | Dinner |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SANMINA-SCI | A | Dividend | J | T | | | | | |
| 2. STANCORP | A | Interest | J | T | | | | | |
| 3. DREYFUS MUNI MONEY MARKET FUND | D | Interest | N | T | | | | | |
| 4. COCA COLA (KO) | A | Dividend | J | T | | | | | |
| 5. SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 6. SEP. TRDG. REG. | A | Interest | | | Redeemed | 08/15/10 | K | D | |
| 7. ["SCHWAB MONEY MARKET FUND(SWMXX) | A | Interest | J | T | | | | | |
| 8. Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | Buy (add'l) | 04/09/10 | K | | |
| 9. TIP | | None | J | T | Sold (part) | 08/03/10 | K | A | |
| 10. HYG | | None | J | T | Sold (part) | 08/03/10 | K | A | |
| 11. GDX | | None | M | T | Buy (add'l) | 07/27/10 | L | | |
| 12. | | | | | Buy (add'l) | 08/30/10 | L | | |
| 13. | | | | | Sold (part) | 08/03/10 | J | A | |
| 14. BND | | None | J | T | Sold (part) | 08/03/10 | K | A | |
| 15. VWO | | None | J | T | Sold (part) | 08/03/10 | J | A | |
| 16. VGK | | None | J | T | Sold (part) | 08/03/10 | J | ʌ | |
| 17. VPL | | None | J | T | Sold (part) | 08/03/10 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V = Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  VNQ | | None | J | T | Sold<br>(part) | 08/03/10 | J | A | |
| 19.  VB | | None | J | T | Buy<br>(add'l) | 03/08/10 | L | | |
| 20. | | | | | Buy<br>(add'l) | 04/09/10 | K | | |
| 21. | | | | | Sold<br>(part) | 07/27/10 | L | A | |
| 22. | | | | | Sold<br>(part) | 08/03/10 | K | A | |
| 23. | | | | | Sold<br>(part) | 08/06/10 | K | A | |
| 24.  SCHO | | None | | | Buy | 08/12/10 | L | | |
| 25. | | | | | Sold | 08/26/10 | L | A | |
| 26.  VTI | | None | J | T | Sold<br>(part) | 08/02/10 | K | A | |
| 27.  VNQ | | None | | | Sold | 07/27/10 | L | D | |
| 28.  TIP | | None | | | Sold | 03/08/10 | M | | |
| 29.  IBOXX | | None | | | Sold | 04/09/10 | K | A | |
| 30.  (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 31.  (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544